UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LEVEL 3 COMMUNICATIONS, LLC

        Plaintiff,

vs.                                                          Case No.: 5:17-cv-143-Oc-30PRL

SALSER CONSTRUCTION, INC., f/k/a
SALSER UTILITY SERVICES, INC.

        Defendant.

_____/

## ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(2)

THIS CASE came before the Court for consideration of the Joint Stipulation and Motion for Entry of Order Granting Voluntary Dismissal with Prejudice ("Joint Stipulation") filed by Plaintiff, LEVEL 3 COMMUNICATIONS, LLC ("Level 3"), and Defendant, SALSER CONSTRUCTION, INC., f/k/a SALSER UTILITY SERVICES, INC. ("Salser"), the Court has reviewed and considered the parties' Joint Stipulation and has been otherwise been advised in the premises:

**NOW, THEREFORE, IT IS ORDERED AND ADJUDGED AS FOLLOWS:**

1. Defendant, Salser, is hereby voluntarily dismissed with prejudice as a party to this action, and this action is hereby dismissed with prejudice. The parties have amicably resolved all issues between themselves, including issues of costs and attorneys' fees, and there will be no request for or award of costs or attorneys' fees in this action.

**DONE AND ORDERED** in the chambers in Ocala, Florida, on August 28, 2018.

                                                                       Honorable James S. Moody
                                                                       United States District Judge